United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-15324-mdc
Vaneda Marie Fleurimond                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: dlv              Page 1 of 2              Date Rcvd: Aug 15, 2017
                             Form ID: 309I          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2017.
```
db            +Vaneda Marie Fleurimond,    6200 Oakley St.,    2nd Floor,    Philadelphia, PA 19111-5626
13963215      +AES/KEYBANK,    POB 61047,    HARRISBURG, PA 17106-1047
13963216      +AES/KEYSTONE BEST,    AES/DDB,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13963217      +AES/PHEAAFRN,    PO BOX 61047,    HARRISBURG, PA 17106-1047
13963221      +AR Resources, Inc.,    PO Box 1056,    Blue Bell, PA 19422-0287
13963222       ASC,   PO Box 10388,    Des Moines, IA 50306-0388
13963213      +Acs Inc,    ATTN: BANKRUPTCY,    PO BOX 56317,    PHILADELPHIA, PA 19130-6317
13963235       Ben Franklin Finance,    107 IN-135 #302,    Greenwood, IN 46142
13963228      +Deutsche Bank National Trust Co. Trustee,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
13963230      +Fed Loan Servicing,    PO BOX 69184,    HARRISBURG, PA 17106-9184
13963232      +Islande Serome Dorvil,    1522 Rosalie St.,    Philadelphia, PA 19149-3323
13963234      +Montgomery County Comm. College,    340 Dekalb Pike,    Blue Bell, PA 19422-1400
13963235      +Northeastern Title Loans,    103 Naamans Road,    Claymont, DE 19703-2713
13963236      +Office of UC Benefits,    UI Payment Services,    PO Box 67503,    Harrisburg, PA 17106-7503
13963240      +PGW,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13963241      +PHILADELPHIA FED CR UN,    12800 TOWNSEND RD,    PHILADELPHIA, PA 19154-1095
13963243      +PNC,    ATTENTION: BANKRUPTCY,    6750 MILLER RD.,    BRECKSVILLE, OH 44141-3262
13963239       Pennsylvania Department of Revenue,    P.O. Box 280846,    Bureau of Compliance,
                Harrisburg, PA 17128-0846
13963242      +Philadelphia Water Department,    1101 Market Street,    Philadelphia, PA 19107-2994
13963245      +Water Revenue Bureau,    1401 JFK Blvd.,    Philadelphia, PA 19102-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: cdicicco@myphillybankruptcylawyer.com Aug 16 2017 01:41:35
               CHRISTIAN A. DICICCO,    Law Offices of Christian A. DiCicco,    2008 Chestnut Street,
                Philadelphia, PA   19103
tr            +E-mail/Text: notice@ph13trustee.com Aug 16 2017 01:42:36      WILLIAM C. MILLER, Esq.,
               Chapter 13 Trustee,    1234 Market Street,    Suite 1813,    Philadelphia, PA 19107-3704
smg            E-mail/Text: bankruptcy@phila.gov Aug 16 2017 01:42:16      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA   19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2017 01:41:53
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA   17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 16 2017 01:42:08      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 16 2017 01:42:01      United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13963214      +E-mail/Text: bknotices@conduent.com Aug 16 2017 01:42:42      ACS/DEPT OF ED,    ACS,
                PO BOX 7051,    UTICA, NY 13504-7051
13963220      +E-mail/Text: broman@amhfcu.org Aug 16 2017 01:42:04      AMERICAN HERITAGE FCU,
                2060 RED LION RD,    PHILADELPHIA, PA 19115-1699
13963225       E-mail/Text: bankruptcy@phila.gov Aug 16 2017 01:42:16      City of Philadelphia,
               Law Dept. Tax Unit,    One Parkway Bldg.,    1515 Arch Street, 15th Floor,
                Philadelphia, PA 19102-1595
13963224       E-mail/Text: bankruptcy@phila.gov Aug 16 2017 01:42:16      City of Philadelphia,
               Law Dept. Tax Unit,    One Parkway Bldg. - Bankruptcy Group,    1515 Arch Street, 15th Floor,
                Philadelphia, PA 19102-1595
13963226      +E-mail/Text: equiles@philapark.org Aug 16 2017 01:42:31
               City of Philadelphia Parking Violations,    PO Box 41819,    Philadelphia, PA 19101-1819
13963227      +E-mail/Text: bknotices@clacorp.com Aug 16 2017 01:42:28      Delaware Title Loans,
               c/o Legal Dept.,    8601 Dunwoody Place, Suite 406,    Atlanta, GA 30350-2550
13963229      +E-mail/Text: bknotice@erccollections.com Aug 16 2017 01:42:03      ERC/Enhanced Recovery Corp,
                8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
13963231       EDI: IRS.COM Aug 16 2017 01:33:00      Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
13963233      +E-mail/Text: equiles@philapark.org Aug 16 2017 01:42:31      LDC Collection Systems,
                PO Box 41819,    Philadelphia, PA 19101-1819
13963237       E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Aug 16 2017 01:42:42
               PA Dept. of Labor & Industry,    Office of UC Benefits,    651 Boas Street,
                Harrisburg, PA 17121-0750
13963238      +E-mail/Text: bankruptcygroup@peco-energy.com Aug 16 2017 01:41:44      PECO,
                2301 Market Street, N3-1,    Philadelphia, PA 19103-1380
13963244      +EDI: VERIZONEAST.COM Aug 16 2017 01:33:00      VERIZON,    500 TECHNOLOGY DR STE 30,
                WELDON SPRING, MO 63304-2225
13963246      +EDI: BLUESTEM Aug 16 2017 01:33:00      WEBBANK/FINGERHUT FRES,    6250 RIDGEWOOD ROAD,
                ST CLOUD, MN 56303-0820
13963247       EDI: WFFC.COM Aug 16 2017 01:33:00      Wells Fargo BankNa,    Po Box 3908,
                Portland, OR 97208-3908
13963250       EDI: WFFC.COM Aug 16 2017 01:33:00      Wells Fargo Home Mortgage,    PO Box 11701,
                Newark, NJ 07101-4701
13963248      +EDI: WFFC.COM Aug 16 2017 01:33:00      Wells Fargo Home Mortgage,    PO Box 10335,
                Des Moines, IA 50306-0335
```

```
District/off: 0313-2          User: dlv                  Page 2 of 2                  Date Rcvd: Aug 15, 2017
                              Form ID: 309I              Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13963249       +EDI: WFFC.COM Aug 16 2017 01:33:00      Wells Fargo Home Mortgage,   MAC X7801-014,
                3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13963218         AES/SOVEREIGN BANK
13963219       ##+Allied Collection Services,   8550 BALBOA BLVD,   SUITE 232,   NORTHRIDGE, CA 91325-5806
                                                                                       TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2017 at the address(es) listed below:
```
              CHRISTIAN A. DICICCO    on behalf of Debtor Vaneda Marie Fleurimond
               cdicicco@myphillybankruptcylawyer.com,   christianadicicco@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Vaneda Marie Fleurimond** | Social Security number or ITIN   xxx–xx–6191 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter  13   8/4/17 |
| Case number: | 17–15324–mdc | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                                    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Vaneda Marie Fleurimond | |
| 2. | **All other names used in the last 8 years** | aka Vaneda Suplice, aka Vaneda Nalzy, aka Vaneda M Suplice | |
| 3. | **Address** | 6200 Oakley St.<br>2nd Floor<br>Philadelphia, PA 19111 | |
| 4. | **Debtor's attorney**<br>Name and address | CHRISTIAN A. DICICCO<br>Law Offices of Christian A. DiCicco<br>2008 Chestnut Street<br>Philadelphia, PA 19103 | Contact phone 215 – 564 – 6812<br>Email:<br>cdicicco@myphillybankruptcylawyer.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107 | Contact phone 215–627–1377<br>Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br>Date: 8/15/17 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 13, 2017 at 9:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/12/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/12/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/31/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 1155.00 per month for 60 months. The hearing on confirmation will be held on:<br>**10/19/17** at **9:30 AM**, Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |