# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-15324-MDC

VANEDA MARIE FLEURIMOND

6200 OAKLEY ST  2ND FL

PHILADELPHIA, PA 19111-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

VANEDA MARIE FLEURIMOND

6200 OAKLEY ST  2ND FL

PHILADELPHIA, PA 19111-

Counsel for debtor(s), by electronic notice only.

    CHRISTIAN A DICICCO
    2008 CHESTNUT ST

    PHILADELPHIA, PA 19103

Date: 9/14/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee