## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VANEDA MARIE FLEURIMOND                                Chapter 13

           Debtor                    Bankruptcy No. 17-15324-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _14TH_ day of _December_, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CHRISTIAN A DICICCO
2008 CHESTNUT ST

PHILADELPHIA, PA 19103

Debtor:
VANEDA MARIE FLEURIMOND

6200 OAKLEY ST 2ND FL

PHILADELPHIA, PA 19111-