United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                  Case No. 17-15324-mdc
Vaneda Marie Fleurimond                                                                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2                   Date Rcvd: Dec 15, 2017
                              Form ID: pdf900             Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
```
db            +Vaneda Marie Fleurimond,    6200 Oakley St.,    2nd Floor,    Philadelphia, PA 19111-5626
13963215      +AES/KEYBANK,    POB 61047,    HARRISBURG, PA 17106-1047
13963216      +AES/KEYSTONE BEST,    AES/DDB,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13963217      +AES/PHEAAFRN,    PO BOX 61047,    HARRISBURG, PA 17106-1047
13963221      +AR Resources, Inc.,    PO Box 1056,    Blue Bell, PA 19422-0287
13963222       ASC,   PO Box 10388,    Des Moines, IA 50306-0388
13963213      +Acs Inc,    ATTN: BANKRUPTCY,    PO BOX 56317,    PHILADELPHIA, PA 19130-6317
13963223       Ben Franklin Finance,    107 IN-135 #302,    Greenwood, IN 46142
13963228      +Deutsche Bank National Trust Co. Trustee,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
13968887      +Deutsche Bank National Trust Co., Trustee(See 410),    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13963230      +Fed Loan Servicing,    PO BOX 69184,    HARRISBURG, PA 17106-9184
13963232      +Islande Serome Dorvil,    1522 Rosalie St.,    Philadelphia, PA 19149-3323
13963234      +Montgomery County Comm. College,    340 Dekalb Pike,    Blue Bell, PA 19422-1400
13963235      +Northeastern Title Loans,    103 Naamans Road,    Claymont, DE 19703-2713
13963236      +Office of UC Benefits,    UI Payment Services,    PO Box 67503,    Harrisburg, PA 17106-7503
13962240      +PGW,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13963241      +PHILADELPHIA FED CR UN,    12800 TOWNSEND RD,    PHILADELPHIA, PA 19154-1095
13963243      +PNC,    ATTENTION: BANKRUPTCY,    6750 MILLER RD.,    BRECKSVILLE, OH 44141-3262
13963239       Pennsylvania Department of Revenue,    P.O. Box 280846,    Bureau of Compliance,
                Harrisburg, PA 17128-0846
13963242      +Philadelphia Water Department,    1101 Market Street,    Philadelphia, PA 19107-2994
13970905      +Specialized Loan Servicing LLC,    c/o Matteo    S. Weiner, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Phila.,PA 19106-1541
14004513       U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                Harrisburg, PA  17106-9184
13963244      +VERIZON,    500 TECHNOLOGY DR STE 30,    WELDON SPRING, MO 63304-2225
13963247       Wells Fargo BankNa,    Po Box 3908,    Portland, OR 97208-3908
13963250       Wells Fargo Home Mortgage,    PO Box 11701,    Newark, NJ 07101-4701
13963249      +Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
13963248      +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Dec 16 2017 01:18:34      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 16 2017 01:17:58
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 16 2017 01:18:29      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13963214      +E-mail/Text: bknotices@conduent.com Dec 16 2017 01:19:04      ACS/DEPT OF ED,    ACS,
                PO BOX 7051,    UTICA, NY 13504-7051
13963220      +E-mail/Text: broman@amhfcu.org Dec 16 2017 01:18:20      AMERICAN HERITAGE FCU,
                2060 RED LION RD,    PHILADELPHIA, PA 19115-1699
14010101       E-mail/Text: tbales@approvedcreditsolutions.com Dec 16 2017 01:17:49
                Approved Credit Solutions,    107 N. State Road 135,    Suite 302,    Greenwood IN 46143
13963225       E-mail/Text: bankruptcy@phila.gov Dec 16 2017 01:18:34      City of Philadelphia,
                Law Dept. Tax Unit,    One Parkway Bldg.,    1515 Arch Street, 15th Floor,
                Philadelphia, PA 19102-1595
13963224       E-mail/Text: bankruptcy@phila.gov Dec 16 2017 01:18:34      City of Philadelphia,
                Law Dept. Tax Unit,    One Parkway Bldg. - Bankruptcy Group,    1515 Arch Street, 15th Floor,
                Philadelphia, PA 19102-1595
13963226      +E-mail/Text: equiles@philapark.org Dec 16 2017 01:18:58
                City of Philadelphia Parking Violations,    PO Box 41819,    Philadelphia, PA 19101-1819
13963227      +E-mail/Text: bknotices@clacorp.com Dec 16 2017 01:18:57      Delaware Title Loans,
                c/o Legal Dept.,    8601 Dunwoody Place, Suite 406,    Atlanta, GA 30350-2550
13963229      +E-mail/Text: bknotice@erccollections.com Dec 16 2017 01:18:19      ERC/Enhanced Recovery Corp,
                8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
13963231       E-mail/Text: cio.bncmail@irs.gov Dec 16 2017 01:17:47      Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
13963233      +E-mail/Text: equiles@philapark.org Dec 16 2017 01:18:59      LDC Collection Systems,
                PO Box 41819,    Philadelphia, PA 19101-1819
14023266       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 16 2017 01:21:41      LVNV Funding,
                c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
14009003       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 16 2017 01:21:13
                LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13963237       E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Dec 16 2017 01:19:04
                PA Dept. of Labor & Industry,    Office of UC Benefits,    651 Boas Street,
                Harrisburg, PA 17121-0750
13963238      +E-mail/Text: bankruptcygroup@peco-energy.com Dec 16 2017 01:17:50      PECO,
                2301 Market Street, N3-1,    Philadelphia, PA 19103-1380
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Dec 15, 2017
                              Form ID: pdf900             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14007886       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 16 2017 01:17:50      PECO Energy Company,
                 2301 Market Street,   S4-1,   Philadelphia, PA 19103-1380
13968957       +E-mail/Text: equiles@philapark.org Dec 16 2017 01:18:59      Philadelphia Parking Authority,
                 701 Market Street Suite 5400,   Philadelphia, PA 19106-2895
13963246       +E-mail/Text: bnc-bluestem@quantum3group.com Dec 16 2017 01:18:56      WEBBANK/FINGERHUT FRES,
                 6250 RIDGEWOOD ROAD,   ST CLOUD, MN 56303-0820
13963245       +E-mail/Text: james.feighan@phila.gov Dec 16 2017 01:19:01      Water Revenue Bureau,
                 1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13963218         AES/SOVEREIGN BANK
13963219      ##+Allied Collection Services,   8550 BALBOA BLVD,   SUITE 232,   NORTHRIDGE, CA 91325-5806
                                                                               TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
          CHRISTIAN A. DICICCO    on behalf of Debtor Vaneda Marie Fleurimond
           cdicicco@myphillybankruptcylawyer.com,   christianadicicco@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-
           FF11 KMcDonald@blankrome.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
           for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series
           2006-  FF11 bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5
```

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VANEDA MARIE FLEURIMOND                     Chapter 13

                    Debtor         Bankruptcy No. 17-15324-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___14TH___ day of ___December___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CHRISTIAN A DICICCO
2008 CHESTNUT ST

PHILADELPHIA, PA 19103


Debtor:
VANEDA MARIE FLEURIMOND

6200 OAKLEY ST  2ND FL

PHILADELPHIA, PA 19111-